UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: CASE NO. 13-10529 ) | |
| ZACHARIA DUANE BOLEN and ) | |
| BETHANI LEERIN HINDERLAND-BOLEN ) | |
| ) | |
| Debtors, ) | |
| ) | |
| DUSTIN M. ROACH, ) | |
| Plaintiff ) | |
| ) | |
| v. ) | 1:15-cv-00044 |
| ) | |
| STEVEN E. BARCUS, KARI J. ROMEY, ) | |
| and DOUGLAS P. ROMEY, ) | |
| Defendants. ) | |

## OPINION AND ORDER

Defendants Kari Romey and Douglas Romey want this Court to withdraw the reference of this case to the bankruptcy court. (Docket Entry 1.) I have reviewed the motion and briefing, as well as Bankruptcy Judge Grant's recommendation that the motion for withdrawal of the reference be denied. (DE 2-1 at 6.) Judge Grant's reasoning is sound, so I will adopt his recommendation and DENY Defendants' motion to withdraw the reference. (DE 1.) Because time is of the essence in order to maintain the existing litigation schedule a fuller opinion explaining my reasoning will follow this Order.

    **SO ORDERED.**
    ENTERED: February 13, 2015

                                        */s/ Philip P. Simon*
                                        **PHILIP P. SIMON, CHIEF JUDGE**
                                        **UNITED STATES DISTRICT COURT**